PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:03CR00342-01** |
| ) | |
| **George Robert BARNES** ) | |
| ) | |

On October 6, 2003, the above-named was placed on Supervised Release for a period of 5 years, which commenced on August 16, 2004. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Terence E. Sherbondy

**TERENCE E. SHERBONDY
Senior United States Probation Officer**

Dated:   March 17, 2008
         Roseville, California
         tes:cd

**REVIEWED BY:**   /s/ Richard A. Ertola
                  **RICHARD A. ERTOLA
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   George Robert BARNES**
   **Docket Number:   2:03CR00342-01**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

| April 3, 2008 | /s/ Edward J. Garcia |
|---|---|
| **Date** | **EDWARD J. GARCIA** |
| | **United States District Judge** |

Attachment:   Recommendation
cc:   United States Attorney's Office
         FLU Unit, AUSA's Office
         Fiscal Clerk, Clerk's Office

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| vs.   ) | Docket Number:  2:03CR00342-01 |
| ) | |
| **George Robert BARNES**   ) | |
| ) | |

### LEGAL HISTORY:

On October 6, 2003, the above-named was placed on Supervised Release for a period of 5 years, which commenced on August 16, 2004. Special conditions included: Warrantless search; Financial disclosure and restrictions; Drug/alcohol treatment, testing, and co-payment; Not possess documents or identification in any name other than his own. All Court-ordered financial obligations have been paid in full.

### SUMMARY OF COMPLIANCE:

Mr. Barnes has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that the releasee has derived maximum benefit from supervision and is not in need of continued supervision.

**Re:    George Robert BARNES
       Docket Number:   2:03CR00342-01
       RECOMMENDATION TERMINATING
       <u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>**

**<u>RECOMMENDATION:</u>**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Terence E. Sherbondy

**TERENCE E. SHERBONDY
Senior United States Probation Officer**

Dated:      March 17, 2008
            Roseville, California
            tes:cd

**REVIEWED BY:**      _____/s/ Richard A. Ertola_____
                     **RICHARD A. ERTOLA
                     Supervising United States Probation Officer**

cc:    AUSA Michelle Rodriguez (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)